**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: June 08, 2020 | DC Docket #: 13-cv-8012 |
| Docket #: 20-602cv | DC Court: SDNY (NEW YORK CITY) |
| Short Title: Nike, Inc. v. Wu | DC Judge: Freeman |
| | DC Judge: McMahon |

**NOTICE OF DEFECTIVE FILING**

On June 5, 2020 the Amicus Brief, on behalf of the Association of American Publishers, Inc., was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

**__XX____ Failure to submit acknowledgment and notice of appearance** *(Local Rule 12.3)* **– NOTE: All attorneys listed on the brief must file notices of appearance as amicus counsel (attorneys Murphy, Fleischman, Hailey and Kim). If they do not file appearance forms, their names should be removed.**
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
    _____ Missing proof of service
    _____ Served to an incorrect address
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
   for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
    _____ Incorrect caption *(FRAP 32)*
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
**__XX____ Incorrect pagination, click here for instructions on how to paginate PDFs** *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
**__XX____ Other: Missing footnote required by Local Rule 29.1(b) and FRAP 29(a)(4)(E). When re-filing, use the "Amicus Brief Upon Consent filed" filing event.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **June 10, 2020**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8623.